IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02680-RBJ-KLM

JOHN DOE,

     Plaintiff,

v.

MERCK & CO., INC., and
MERCK SHARP & DOHME CORP.,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendants' **Motion to Submit Supplemental Authority** [Docket No. 17; Filed on February 3, 2012] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court accepts for consideration the supplemental authority provided by Defendants at Docket No. 17-1 for the Court's adjudication of Plaintiff's Motion to Proceed Anonymously [Docket No. 2].

     Dated:  February 9, 2012