IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02680-RBJ-KLM

JOHN DOE,

    Plaintiff,

v.

MERCK & CO., INC., and
MERCK SHARP & DOHME CORP.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Set Date to Designate Non-parties at Fault Pursuant to Colo. Rev. Stat. § 13-21-111.5 at 90 Days After Due Date for Parties' Fed. R. Civ. P. 26(a)(1) Disclosures** [Docket No. 13; Filed January 12, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendants must designate non-parties at fault, if any, pursuant to Colo. Rev. Stat. § 13-21-111.5 (2011) no later than ninety (90) days after the due date of the parties' mandatory initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). The parties should include these dates in their proposed Scheduling Order.

    Dated: February 9, 2012