**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO.: 11-cv-02680 RBJ KLM

JOHN DOE,

c/o Laszlo & Associates, LLC
2595 Canyon Blvd. Suite 210
Boulder, CO 80302

   Plaintiff,

v.

MERCK & CO., INC. and
MERCK SHARP & DOHME CORP.

   Defendants.

---

**NOTICE OF DISMISSAL**

---

Comes now Plaintiff, by and through his counsel and, pursuant to FRCP 41(a)(1), provides Notice of Dismissal of this action.

Pursuant to FRCP 41(a)(1), a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the defendant has filed an answer or motion for summary judgment. FRCP 41(a)(1)(i). In this case, the Defendant has not filed an answer or motion for summary judgment. Therefore, by way of this NOTICE, Plaintiff voluntarily dismisses this action.

Respectfully submitted this 28th day of February, 2012.

                                                                                    */s/ Michael J. Laszlo*_____
Theodore E Laszlo, Jr. (CO#36234)
Michael J. Laszlo (CO#38206)
Jeffrey O. Klein
**Laszlo & Associates, LLC**
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
303-926-0410
303-443-0758 (fax)
tlaszlo@laszlolaw.com
mlaszlo@laszlolaw.com
jklein@laszlolaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing **MOTION FOR LEAVE TO FILE SURREPLY** was served this 28th day of February, 2012, electronically upon all counsel of record via the court's CM/ECF filing system.

                              */s/ Theodore E Laszlo, Jr.*
                              Theodore E Laszlo, Jr.